AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| Marshall Todman<br>and<br>Tiffany Gattis<br><br>*Plaintiff(s)*<br>v.<br>The Maryor and City Council of Baltimore<br>and<br>Brock Collins<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. ADC-19-3296 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BROCK COLLINS
3806 Thoroughbred Lane
Owings Mills MD 21117

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph S. Mack
The Law Offices of Joseph S. Mack
PO Box 65066
Baltimore, MD 21209
(443) 423-0464

Conor B. O'Croinin
Megan S. McKoy
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
(410) 332-0444

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   11/18/2019



*Deputy Clerk*