AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| Marshall Todman and Tiffany Gattis | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. ADC-19-3296 |
| The Maryor and City Council of Baltimore and Brock Collins | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BROCK COLLINS
3806 Thoroughbred Lane
Owings Mills MD 21117

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph S. Mack
The Law Offices of Joseph S. Mack
PO Box 65066
Baltimore, MD 21209
(443) 423-0464

Conor B. O'Croinin
Megan S. McKoy
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
(410) 332-0444

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/18/2019



*Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. ADC-19-3296

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Brock Collins</u> was received by me on *(date)* <u>Nov 19, 2019</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* <u>Loema Collins</u> , a person of suitable age and discretion who resides there, on *(date)* <u>Fri, Nov 29 2019</u> , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 11/29/2019

_____
*Server's signature*

Brian McClernan
_____
*Printed name and title*

Maverick Process Service and Investigations, LLC
9 Westminster Shopping Center #384
Westminster, MD 21157
877-838-4782 ext. 700
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Nov 23, 2019, 5:56 pm EST at Home: 3806 Thoroughbred Lane, Owings Mills, MD 21117
This agent knocked on the door at the provided address. There was no response and a note outlining the purpose of my visit and contact number was affixed to the door.

2) Successful Attempt: Nov 29, 2019, 1:55 pm EST at Home: 3806 Thoroughbred Lane, Owings Mills, MD 21117 received by Loema Collins. Age: 38; Ethnicity: African American; Gender: Female; Weight: 150; Height: 5'6"; Hair: Black; Relationship: Wife;
served a SUITABLE AGE PERSON (over the age of 18) by delivering and leaving a true copy of the document at the said premises, being the defendant's place of abode. The person served stated they are the defendant's wife.