USDC- BALTIMORE
'23 FEB 1 PM 2:06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARSHALL TODMAN, *et al.*,          *

    Plaintiffs,                              *

                                                          *          Civ. No. DLB-19-3296

v.                                             *

THE MAYOR AND CITY COUNCIL
OF BALTIMORE,                              *

    Defendant.                              *

### COURT'S VERDICT SHEET

1. What, if any, damages do you find for Plaintiff Marshall Todman for:

   Damages for Lost or Destroyed Property: $ 19,000

   Damages for Emotional Distress: $ 70,000

2. What, if any, damages do you find for Plaintiff Tiffany Todman for:

   Damages for Lost or Destroyed Property: $ 17,000

   Damages for Emotional Distress: $ 80,000

**YOU HAVE REACHED A VERDICT. THE JURY FOREPERSON SHOULD SIGN AND DATE BELOW AND YOU SHOULD ADVISE THE COURT.**

The foregoing is our verdict.

SIGNATURE REDACTED

Jury Foreperson

Date: February 1st 2023