UNITED STATES DISTRICT COUNT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **MARSHALL TODMAN,** *et al.* | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | ) |
| | ) Civil Action No.: **19-cv-03296 DLB** |
| **MAYOR AND CITY COUNCIL** | ) |
| **OF BALTIMORE,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEAL

Defendant, Mayor and City Council of Baltimore, (the "City") by undersigned counsel, notes its appeal to the United States Court of Appeals for the Fourth Circuit from judgment entered on February 21, 2023.

Date:  February 21, 2023                                  Respectfully submitted,

                                                                          */s/ Renita L. Collins*
                                                                          _____
                                                                          RENITA L. COLLINS (#28637)
                                                                          Chief Solicitor
                                                                          Baltimore City Law Department
                                                                          100 N. Holliday Street
                                                                          City Hall Baltimore, MD 21202
                                                                          Phone: 410-396-3930
                                                                          Fax: 410-547-1025
                                                                          Renita.Collins@baltimorecity.gov
                                                                          *Counsel for Defendant Mayor and City*
                                                                          *Council of Baltimore*

**CERTIFICATE OF COMPLIANCE**

  I HEREBY CERTIFY that on this 21st day of February 2023, the Mayor and City Council of Baltimore's forgoing Notice of Appeal was filed in accordance with the Electronic Filing Requirements and Procedures as established by the United States District Court for the District of Maryland and served on all counsel of record via the CM/ECF system.

              */s/ Renita L. Collins*
              _____
              RENITA L. COLLINS (#28637)
              Chief Solicitor